**MEMO ENDORSED**

# KING & SPALDING

> The telephonic Initial Case Management Conference scheduled for Thursday, January 21, 2021 at 10:30 a.m. is hereby rescheduled to <u>Tuesday, March 9, 2021 at 12:30 p.m.</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**
>
> SO ORDERED:
>
> */s/ Katharine H. Parker*
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 01/21/2021

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Kathleen E. McCarthy
Partner
Direct Dial: +1 212-556-2345
Direct Fax: +1 212-556-2222
kmccarthy@kslaw.com

January 20, 2021

<u>VIA ECF</u>

Honorable Katharine H. Parker
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: ***Angeles v. Dieffenbach's Potato Chips, Inc.*, No. 1:20-cv-08807-PAE-KHP**
      **Motion for Adjournment of January 21, 2021 Initial Conference**

Honorable Judge Parker:

  My firm is counsel for Defendant Dieffenbach's Potato Chips, Inc. ("Dieffenbach's").  Per this Court's orders on two consent motions, Dieffenbach's answer deadline is February 16, 2021.

  While defense counsel acknowledges her duty to review the docket, until this Court's ECF notice today reminding the parties of the initial conference set for tomorrow, January 21, 2021, defense counsel was not aware of the Court's October 26, 2020 order setting the conference, and had not received from plaintiff's counsel a copy of the Order or other communications regarding the Order. The parties have not met and conferred regarding Rule 26 issues but have conferred over the past weeks about resolving the case informally and defense counsel is hopeful that the case can be so resolved shortly, without further burdening the Court. Plaintiff's counsel's consent to this adjournment request was sought but no response received by the time this letter was filed.

  For the foregoing reasons, and to permit the parties' time to complete their discussions, Dieffenbach's respectfully requests that the initial conference set for January 21, 2021 be adjourned until a date of the Court's choosing after the February 16, 2021 answer due date.

  We appreciate Your Honor's time and consideration and apologize for the late request.

            Respectfully Submitted,

            _____
            Kathleen E. McCarthy, Counsel for Defendant

cc: All counsel of record (via ECF)