USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENISA ANGELES, on behalf
of herself and all others similarly
situated,

                              Plaintiffs,          20-CV-8807 (PAE) (KHP)

      -against-                            **ORDER ADJOURNING INITIAL**
                                                             **CASE MANAGEMENT**
                                                             **CONFERENCE**

DIEFFENBACH'S POTATO CHIPS, INC.,

                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light the Stipulation of Dismissal filed on February 10, 2021 (doc. no 19) the Initial Case Management Conference currently scheduled for **March 9, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
                 February 11, 2021

                                                             *[signature]*
                                                            _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge